CELIA D. WHITE, Respondent, *v.* FISHKILL ELECTRIC RAILWAY COMPANY Appellant.

Argued October 14, 1938; decided October 28, 1938.

*Stanley B. Johnson* and *William A. Earl* for appellant.

*Leonard J. Supple* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.